1
2
3
4
5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF WASHINGTON

7    STACY THOMPSON,

8                                   Plaintiff,

9          v.

10   COMMISSIONER OF SOCIAL
     SECURITY,

11                                  Defendant.

12

NO:  1:23-CV-3172-TOR

ORDER GRANTING STIPULATED
MOTION FOR REMAND

13         BEFORE THE COURT is the parties' Stipulated Motion for Remand.  ECF

14   No. 11.  The parties have agreed that this case should be reversed and remanded

15   for further administrative proceedings pursuant to sentence four of 42 U.S.C.

16   § 405(g).

17   **IT IS HEREBY ORDERED:**

18       1. The Parties' Stipulated Motion for Remand (ECF No. 11) is **GRANTED**.

19       2. This case is **REVERSED** and **REMANDED** pursuant to sentence four of 42

20          U.S.C. § 405(g) for further administrative proceedings.

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

3.  Upon remand, the Appeals Council will instruct the Administrative Law Judge to obtain evidence from a medical expert to clarify the nature, severity, and effects of the claimant's impairments; reevaluate the claimant's impairments; reevaluate the opinion evidence of record; as warranted, reevaluate the claimant's maximum residual functional capacity; if warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the claimant's ability to perform other work in the national economy; and offer the claimant an opportunity the opportunity for a hearing, take any further action to complete the administrative record, and issue a new decision.

4.  Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

5.  All pending motions, hearings and the remaining briefing schedule are **vacated** as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** February 21, 2024.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2